UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Timothy P. Nolan, Debtor(s)

Case No.:      22-17057 MBK

Chapter:              13

Hearing Date:        N/A

Judge:      Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges

filed on or about 11/08/2022.

Date: 11/09/2022                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*