Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 22−17057−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy P. Nolan
   914 Barton Ave
   Point Pleasant Boro, NJ 08742−3609

Social Security No.:
   xxx−xx−6737

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 18, 2022.

Dated: November 18, 2022
JAN: wiq

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Timothy P. Nolan  
    Debtor

Case No. 22-17057-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 18, 2022      Form ID: plncf13      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy P. Nolan, 914 Barton Ave, Point Pleasant Boro, NJ 08742-3609 |
| 519705150 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519698680 | + | Email/Text: customercare@adminrecovery.com | Nov 18 2022 20:42:00 | Admin Recovery, LLC, For TD Bank #800170, 6225 Sheridan Dr - Ste. 118, Williamsville, NY 14221-4800 |
| 519698681 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 18 2022 20:41:00 | Bank of America, Customer Service, PO Box 982234, El Paso, TX 79998-2234 |
| 519704741 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 18 2022 20:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519698683 | ^ | MEBN | Nov 18 2022 20:37:54 | D & A Services, for Bank of America #7337456, 1400 E Touhy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 519698684 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 20:41:00 | Discover, Bankruptcy Dept, PO Box 3025, New Albany, OH 43054-3025 |
| 519704049 | | Email/Text: mrdiscen@discover.com | Nov 18 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519738250 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 20:42:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519698685 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 18 2022 20:42:00 | Flagstar Bank, Customer Service Department, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519698682 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2022 20:44:21 | Chase, Customer Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 519716031 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 18 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519698686 | | Email/Text: signed.order@pfwattorneys.com | Nov 18 2022 20:41:00 | Pressler Felt & Warshaw, LLP, For Discover #N77054, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519698687 | | Email/Text: bankruptcy@td.com | Nov 18 2022 20:41:00 | TD Bank Card Services, Customer Service, PO Box 84037, Columbus, GA 31908-4037 |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: plncf13 | Total Noticed: 16 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2022            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Peter Broege | on behalf of Debtor Timothy P. Nolan pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4