Case 22-17057-MBK    Doc 20    Filed 03/17/23    Entered 03/17/23 16:47:24    Desc Main
Document    Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-17057 / MBK**

Timothy P. Nolan

Petition Filed Date: 09/06/2022
341 Hearing Date: 10/06/2022
Confirmation Date: 11/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/21/2022 | $781.00 | 87806400 | 12/27/2022 | $872.00 | 88959890 | 01/20/2023 | $872.00 | 89502950 |
| 02/17/2023 | $872.00 | 90043930 | | | | | | |

**Total Receipts for the Period: $3,397.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,397.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Timothy P. Nolan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» ATTY DISLCOSURE | Attorney Fees | $4,563.00 | $2,343.21 | $2,219.79 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,137.07 | $0.00 | $8,137.07 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $13,474.74 | $0.00 | $13,474.74 |
| 3 | TD BANK,NA | Unsecured Creditors | $7,116.02 | $0.00 | $7,116.02 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,875.33 | $0.00 | $5,875.33 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $7,020.74 | $0.00 | $7,020.74 |
| 6 | MATRIX FINANCIAL SERVICES CORPORATION<br>»» P/914 BARTON AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17057 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,397.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $2,343.21 | Current Monthly Payment: | $872.00 |
| Paid to Trustee: | $244.57 | Arrearages: | $872.00 |
| Funds on Hand: | $809.22 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

