Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2023 to 01/25/2024

**Chapter 13 Case No. 22-17057 / MBK**

Timothy P. Nolan

Petition Filed Date: 09/06/2022
341 Hearing Date: 10/06/2022
Confirmation Date: 11/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2023 | $872.00 | 89502950 | 02/17/2023 | $872.00 | 90043930 | 03/20/2023 | $872.00 | 90633500 |
| 04/24/2023 | $872.00 | 91221460 | 05/22/2023 | $872.00 | 91786610 | 06/23/2023 | $872.00 | 92365320 |
| 07/20/2023 | $872.00 | 92842790 | 08/18/2023 | $872.00 | 93354800 | 09/25/2023 | $872.00 | 93954980 |
| 10/24/2023 | $872.00 | 94463960 | 11/21/2023 | $872.00 | 94942230 | 12/27/2023 | $872.00 | 95501100 |
| 01/22/2024 | $872.00 | 95948510 | | | | | | |

**Total Receipts for the Period: $11,336.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $12,989.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Timothy P. Nolan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» ATTY DISLCOSURE | Attorney Fees | $4,563.00 | $4,563.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,137.07 | $1,144.24 | $6,992.83 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $13,474.74 | $1,894.86 | $11,579.88 |
| 3 | TD BANK,NA | Unsecured Creditors | $7,116.02 | $1,000.65 | $6,115.37 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,875.33 | $826.19 | $5,049.14 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $7,020.74 | $987.26 | $6,033.48 |
| 6 | MATRIX FINANCIAL SERVICES CORPORATION<br>»» P/914 BARTON AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,989.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,416.20 | Current Monthly Payment: | $872.00 |
| Paid to Trustee: | $973.55 | Arrearages: | $0.00 |
| Funds on Hand: | $1,599.25 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**