B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Timothy P. Nolan, Case No. 22-17057-MBK

## TRANSFER OF SERVICING FOR CLAIM #6

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the servicing transfer, for security, of the claim referenced in this evidence and notice.

**New Servicer**

TH MSR Holdings LLC fka Matrix Financial Services Corporation
c/o RoundPoint Mortgage Servicing, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Roundpoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715

Phone: 877-426-8805
Last Four Digits of Acct #: 1237

Name and Address where transferee payments should be sent (if different from above):
Roundpoint Mortgage Servicing LLC
P.O. Box 19409
Charlotte, NC 28219-9409

Phone: 877-426-8805
Last Four Digits of Acct #: 1237

**Old Servicer**

Matrix Financial Services Corporation
c/o RoundPoint Mortgage Servicing, LLC
Name of Transferor

Court Claim # (if known): 6
Amount of Claim: $195,094.28
Date Claim Filed: 10/17/2022

Phone: 877-426-8805
Last Four Digits of Acct. #: 1237

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]
Transferee/Transferee's Agent

Date: 11/7/24

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Pincus Law Group, PLLC**

Smccaffery@pincuslaw.com
Sarah K. McCaffery, Esquire
Five Greentree Centre
525 Route 73 North, Suite 309
Marlton, NJ 08053
(516)-699-8902
ATTORNEYS FOR TH MSR Holdings LLC f/k/a Matrix Financial Services Corporation c/o RoundPoint Mortgage Servicing

| | |
|---|---|
| In Re:<br><br>Timothy P. Nolan<br>DEBTOR | Case No.: 22-17057<br>Chapter: 13<br>Hearing Date: n/a<br>Judge: MBK |

**CERTIFICATION OF SERVICE**

1. I, Sarah K. McCaffery:

☒ represent the Movant in the above-captioned matter.

☐ am the secretary/paralegal for Pincus Law Group, PLLC, who represents in the above captioned matter.

☐ am the ________________ in the above case and am representing myself.

2. On November 7, 2024 I sent a copy of the following pleadings and/or documents to the parties listed below:

Transfer of Servicing for Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 7, 2024 /s/ ____________________

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Timothy P. Nolan<br>914 Barton Ave<br>Point Pleasant Boro, NJ<br>08742-3609 | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court *) |
| Peter Broege<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | DEBTOR ATTORNEY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court *) |

| | | |
|---|---|---|
| | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.