Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Timothy P. Nolan         ,      Case No.  22-17057

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   6   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on          11/7/2024         .

Matrix Financial Services Corporation
Name of Alleged Transferor

TH MSR Holdings LLC
Name of Transferee

Address of Alleged Transferor:
Matrix Financial Services Corporation
C/O RoundPoint Mortgage Servicing Corp
46 Wrenplace Road
Fort Mill, SC 29715

Address of Transferee:
Roundpoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/8/2024

Jeanne A. Naughton
**CLERK OF THE COURT**