Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 22-17057 / MBK**

Timothy P. Nolan

Petition Filed Date: 09/06/2022
341 Hearing Date: 10/06/2022
Confirmation Date: 11/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2024 | $872.00 | 95948510 | 02/22/2024 | $872.00 | 96452700 | 03/26/2024 | $872.00 | 97019100 |
| 04/19/2024 | $872.00 | 97417020 | 05/23/2024 | $872.00 | 97980820 | 06/24/2024 | $872.00 | 98472870 |
| 07/24/2024 | $872.00 | 98947200 | 08/23/2024 | $872.00 | 99434720 | 09/23/2024 | $872.00 | 99904680 |
| 10/23/2024 | $872.00 | 10039038 | 11/18/2024 | $872.00 | 10078875 | 12/23/2024 | $872.00 | 10130251 |

**Total Receipts for the Period: $10,464.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,453.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Timothy P. Nolan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» ATTY DISLCOSURE | Attorney Fees | $4,563.00 | $4,563.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,137.07 | $3,058.28 | $5,078.79 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $13,474.74 | $5,064.36 | $8,410.38 |
| 3 | TD BANK,NA | Unsecured Creditors | $7,116.02 | $2,674.49 | $4,441.53 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,875.33 | $2,208.21 | $3,667.12 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $7,020.74 | $2,638.71 | $4,382.03 |
| 6 | TH MSR HOLDINGS LLC<br>»» P/914 BARTON AVE/1ST MTG/MATRIX | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17057 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,453.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $20,207.05 | Current Monthly Payment: | $872.00 |
| Paid to Trustee: | $1,650.19 | Arrearages: | $0.00 |
| Funds on Hand: | $1,595.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**