Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 22-17057 / MBK**

Timothy P. Nolan

Petition Filed Date: 09/06/2022
341 Hearing Date: 10/06/2022
Confirmation Date: 11/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $872.00 | 10170398 | 03/03/2025 | $872.00 | | 03/31/2025 | $872.00 | |
| 05/05/2025 | $872.00 | | 06/03/2025 | $872.00 | | 07/01/2025 | $872.00 | |
| 08/04/2025 | $872.00 | | 09/02/2025 | $872.00 | | 09/29/2025 | $872.00 | |
| 11/03/2025 | $872.00 | | 12/02/2025 | $872.00 | | 12/30/2025 | $872.00 | |
| 02/02/2026 | $872.00 | | | | | | | |

**Total Receipts for the Period: $11,336.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $33,917.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Timothy P. Nolan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Peter J. Broege, Esq.<br>»» ATTY DISLCOSURE | Attorney Fees | $4,563.00 | $4,563.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $8,137.07 | $5,091.60 | $3,045.47 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $13,474.74 | $8,431.53 | $5,043.21 |
| 3 | TD BANK,NA | Unsecured Creditors | $7,116.02 | $4,452.70 | $2,663.32 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $5,875.33 | $3,676.36 | $2,198.97 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $7,020.74 | $4,393.08 | $2,627.66 |
| 6 | TH MSR HOLDINGS LLC<br>»» P/914 BARTON AVE/1ST MTG/MATRIX | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17057 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,917.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $30,608.27 | Current Monthly Payment: | $872.00 |
| Paid to Trustee: | $2,501.26 | Arrearages: | $872.00 |
| Funds on Hand: | $807.47 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**